No. 78–5581. Burciago v. California. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 78–5589. Stewart v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 78–5604. Acosta v. California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 78–5620. Goulden v. United States. C. A. 5th Cir. Certiorari denied.

No. 78–5650. Johnson v. United States. C. A. 10th Cir. Certiorari denied.

No. 78–5685. Polly v. Arizona. Sup. Ct. Ariz. Certiorari denied.

No. 78–5706. Moreno v. United States. C. A. 2d Cir. Certiorari denied.

No. 78–5739. Herrington v. Califano, Secretary of Health, Education, and Welfare. C. A. 5th Cir. Certiorari denied.

No. 78–5779. Walker v. Ohio. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 78–5806. Mack v. Virginia. Sup. Ct. Va. Certiorari denied.

No. 78–5811. Grooms et al. v. Indiana. Sup. Ct. Ind. Certiorari denied.

No. 78–5817. Carlsen v. City of Logan, Utah. Sup. Ct. Utah. Certiorari denied.

No. 78–5819. Alers v. Toledo et al. C. A. 1st Cir. Certiorari denied.